IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNIED STATES OF AMERICA**

v.                                                    CAUSE NO. 1:17cr73-LG-JCG-1

**JUAN IGNACIO GOMEZ**

### ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

**BEFORE THE COURT** is the Motion to Suppress [25] filed by the defendant Juan Ignacio Gomez. The Court conducted an evidentiary hearing on the Motion on September 19, 2017. For the reasons stated into the record at the hearing, the Court finds that the Motion to Suppress should be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion to Suppress [25] filed by the defendant Juan Ignacio Gomez is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 19th day of September, 2017.

                                                    s/ *Louis Guirola, Jr.*
                                                    Louis Guirola, Jr.
                                                    Chief United States District Judge